UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. DICKENS,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>FRANKLIN CREDIT MGMT CORP., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 24-cv-01379-CAB-KSC<br><br>**ORDER DENYING REMAND**<br><br>**ORDER TO SHOW CAUSE**<br><br>[Doc. No. 21] |

　　　　The Court is satisfied that it has jurisdiction through actual diversity. Plaintiff is a California resident. Defendant Franklin is a resident of Delaware and New Jersey. [Doc. No. 1-2 ¶ 10.] Defendant Bosco/Wilmington is also a resident of Delaware. [Doc. No. 1-2 ¶ 11.] Based on the lien at issue in this case, the amount in controversy exceeds $75,000. Plaintiff's motion for remand, including his request for sanctions and fees,[1] is denied. [Doc. No. 21.]

　　　　Generally, Plaintiff's complaint urges a number of fraud claims related to a 2007 lien on his home. Defendants report that Plaintiff recently executed a modification on the loan underlying the dispute in this case and has made a payment related to that loan. As

---

[1] The Court has wide discretion in issuing sanctions and chooses not to award them here. *Golden Eagle Distrib. Corp. v. Burroughs Corp.*, 801 F.2d 1531, 1538 (9th Cir. 1986). In no way can Defendants' conduct be characterized as sanctionable. Moreover, there are no grounds to award attorney's fees in this case.

such, Defendants convincingly argue that Plaintiff has ratified the validity of the lien with the requested modification.

The Court therefore **ORDERS** Plaintiff to explain why this case should not be dismissed by March 18, 2025. Instead of responding directly to that order, Plaintiff may file a motion to voluntarily dismiss this case.

It is **so ORDERED.**

Dated: March 4, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge