UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE E. DICKENS,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN CREDIT MGMT CORP., et al.,<br><br>    Defendants. | Case No.: 24-cv-01379-CAB-KSC<br><br>**Order Granting Summary Judgment**<br><br>[Doc. No. 19] |

On March 3, 2025, the Court ordered Plaintiff to file a brief showing why this case must not be dismissed in light of Plaintiff's modification of the lien in dispute. That brief was due on May 18, 2025. Plaintiff never filed a response to the Court's order.

The Court converts Defendants' motion to dismiss, [Doc. No. 19], to a summary judgment motion pursuant to Fed. R. Civ. P. 56. *See United States v. Ritchie*, 342 F.3d 903, 907 (9th Cir. 2003). Defendants have supplied convincing summary judgment evidence, supported by affidavit, that the Plaintiff has ratified the validity of the disputed lien with a modification executed on January 2, 2025. [Doc. No. 22-1 at 3.] Moreover, Plaintiff has already made a payment pursuant to that modification. [Doc. No. 22-2 at 4.] Plaintiff has also dismissed the parallel bankruptcy case implicating the real property at issue. [Doc. No. 22-3 at 12.]

Plaintiff's operative complaint includes nine causes representing a mix of statutory, common law, and equitable relief. [Doc. No. 15.] But the gravamen of the claims is the allegation that Defendants defrauded Plaintiff by imposing a forged lien (referred to as the

1  2007 deed of trust).  [*See generally*, Compl. at 15.]  As discussed, this lien has been ratified
2  by Plaintiff.  Plaintiff has already made a payment on this lien based on a new, agreed upon
3  schedule.

4      The Court is guided by the baseline principle that fraud requires some sort of
5  misrepresentation.  *Small v. Fritz Companies*, Inc. 65 P.3d 1255 (Cal. 2003).  The evidence
6  that the Plaintiff has himself recognized the validity of the lien he challenges as fraudulent
7  defeats every claim in his lawsuit.

8      Defendants have carried their burden to show there is no fraud involved in this case,
9  defeating an essential element of Plaintiff's claims.  *See Celotex Corp. v. Catrett*, 477 U.S.
10 317, 323 (1986).  Though Plaintiff was given ample opportunity to respond, he has not.  As
11 such, judgment is granted in favor of Defendants.

13     It is **so ORDERED.**

15 Dated:  March 24, 2025

17 Hon. Cathy Ann Bencivengo
United States District Judge